UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:   KELLY MARIE MILLS                                                                      IN RE:
         2055 TUSSAHAW CROSSING                                                        06-10677-WHD
         MCDONOUGH, GA  30252

**FINAL REPORT AND ACCOUNT**

SSN#1: XXX-XX-1638

| This Case was | The Plan was | The Case was |
|---|---|---|
| Commenced on 05/01/2006 | Confirmed on   07/21/2006 | Concluded on 12/23/2008 |

Case Status:  Paid In Full

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

Dividend to Unsecured Creditors . . . 100.00%

Receipts:  Amount paid to the Trustee by or for the Debtor for the benefit of creditors . . . $37,253.68

DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME | TYPE | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE | M | 700.00 | 700.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | V | 20,560.10 | 22,592.06 | 0.00 | 0.00 |
| BELLSOUTH | U | 367.70 | 367.70 | 0.00 | 0.00 |
| CAPITAL ONE | U | 138.38 | 138.38 | 0.00 | 0.00 |
| DISCOVER CARD SERVICES | U | 5,431.49 | 5,431.49 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION | U | 647.59 | 647.59 | 0.00 | 0.00 |
| IGBAL H. DHANANI, MD | U | 1,257.80 | 1,257.80 | 0.00 | 0.00 |
| KELLY MARIE MILLS | | 751.64 | 1,871.34 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, LLC | U | 496.13 | 496.13 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | DEBTOR REF | TOTAL | TOTAL PAID + DIR PAY |
|---|---|---|---|---|---|---|
| AMT. ALLOW | $21,260.10 | $0.00 | $8,339.09 | $1,871.34 | $31,470.53 | |
| PRIN. PAID | $21,260.10 | $0.00 | $8,339.09 | $1,871.34 | $31,470.53 | |
| INT. PAID | $2,031.96 | $0.00 | $0.00 | | $2,031.96 | |
| DIRECT PAY | $0.00 | $0.00 | $0.00 | | $0.00 | $33,502.49 |

OTHER DISBURSEMENTS UNDER ORDER OR COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| DARRELL L. BURROW, ATTY. | $2,300.00 | $2,300.00 |

06-10677-WHD    KELLY MARIE MILLS

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| $0.00 | $0.00 | $1,451.19 | $1,451.19 |

    WHEREFORE,    your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

/s/ _____

Adam M. Goodman, Trustee
State Bar No. 300887